UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **In re** | : | Case No.12-12013 |
| | : | |
| **LOUISIANA RIVERBOAT GAMING** | : | Chapter 11 |
| **PARTNERSHIP**, *et al.*[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | | |
| **GLOBAL GAMING LEGENDS, LLC,** | : | |
| ET AL. | : | Adversary No. 13-1007 |
| | : | |
| versus | : | **CONSOLIDATED WITH** |
| | : | |
| | : | Adversary No. 13-1008 |
| **LEGENDS GAMING OF LOUISIANA-1,** | : | |
| LLC, *et al.* | : | |

### AFFIDAVIT OF CHERIE D. NOBLES

**PARISH OF ORLEANS**

**STATE OF LOUSIANA**

BEFORE ME, the undersigned duly authorized Notary Public, personally came and appeared Cherie D. Nobles, who after being duly sworn did depose and state that the following is true and correct:

1. She has been employed by the Law firm of Heller, draper, Patrick & Horn since August 2006.

2. During the scope of her employment she had communications with the attorneys for Global Gaming Legends, LLC, Global Gaming Vicksburg, LLC, Global Gaming Bossier

---

[1] Legends Gaming of Louisiana-1, LLC (12-12014); Legends Gaming of Louisiana-2, LLC (12-12015); Legends Gaming, LLC (12-12017); Legends Gaming of Mississippi, LLC (12-12019); and Legends Gaming of Mississippi RV Park, LLC (12-12020) are being jointly administered with Louisiana Riverboat Gaming Partnership pursuant to order of this Court [Main Case, P-6].

1

City, LLC and Global Gaming Solutions, LLC (referred to collectively as "Global"), concerning Global's acquisition of the assets of Louisiana Riverboat Gaming Partnership, Legends Gaming of Louisiana-1, LLC, Legends Gaming of Louisiana-2, LLC, Legends Gaming, LLC, Legends Gaming of Mississippi, LLC and Legends Gaming of Mississippi RV Park, LLC, (hereinafter referred to collectively as "Legends").

3. During the course and scope of her communications with Global, she did transmit a certain email dated October 25, 2012, a true and correct copy of which is attached to *Debtor's 56.1 STATEMENT OF MATERIAL FACTS NOT IN DISPUTE*, as exhibit F, bearing bates stamp LEGENDS0051447.

_____
Cherie D. Nobles

SWORN TO AND SUBCRIBED before me, Notary Public, this 22nd day of October, 2013.

_____
Notary Public