

Exhibit
-10-

# BRANTLEY & ASSOCIATES
*Attorneys and Counselors at Law*

JOSEPH P. BRANTLEY, IV
jpbrantley@gmail.com

IAN S. McCREA
Of Counsel

April 19, 2012

Global Gaming Solutions, LLC
c/o N. Martin Stringer, Esq.
McAfee & Taft, a Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102-7103

Re:   Global Gaming Solutions/Waiver of Conflict of Interest

Dear Martin:

    Thank you for asking my firm to represent Global Gaming Solutions, LLC ("Global") in connection with their business activities in Louisiana.  Specifically, we have been asked to represent Global in connection with the acquisition of the assets and/or membership interests of Legends Gaming, LLC ("Legends").  We understand that the business terms of the transaction are being negotiated by your firm, as counsel to Global and our role will be to serve as local counsel on Louisiana law and regulatory issues.  We also understand that, with respect to any business terms of the transaction, Legends will retain and look solely to Brian Hart with Jenner & Block, LLP for representation in such matter.

    This letter is to confirm that, based on the terms described in this letter; Global agrees to waive the conflict of interest, which exists with respect to our representing Legends and its affiliates in other matters.  Should any other potential or actual conflict arise between Global and Legends, we may be precluded from further representation of any party in the matter absent an additional consent from the applicable parties.  Under some circumstances, such as litigation between Global and Legends, a conflict could be sufficient that we would not be able to represent either Global or Legends in that matter, even with consent.

    I would appreciate your having the enclosed copy of this letter executed by an authorized representative of Global in the space indicated below and returning it to me.

Exhibit B to Brantley Declaration

We are sending under separate cover a proposed engagement letter for our representation of Global.

Should you have any questions, please give me a call at your earliest convenience.

Yours very truly,

*[signature]*

Joseph P. Brantley, IV

JPB/kdf


AGREED AND APPROVED:

GLOBAL GAMING SOLUTIONS, LLC


By: _____

Title: _____

Date: _____

2

We are sending under separate cover a proposed engagement letter for our representation of Global.

Should you have any questions, please give me a call at your earliest convenience.

Yours very truly,

Joseph P. Brantley, IV

JPB/kdf

AGREED AND APPROVED:

GLOBAL GAMING SOLUTIONS, LLC

By: _____

Title: MICHAEL CHANG
VICE PRESIDENT

Date: 7/25/2012

6513 Perkins Road | Baton Rouge, LA 70808 | P: 225.769.9555 | F: 225.769.0023