UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GLOBAL GAMING LEGENDS, LLC, *et al.* | : :  : CIVIL ACTION NO. 5:13cv3123 : |
| VERSUS | : JUDGE HICKS :  : MAGISTRATE JUDGE HORNSBY |
| LEGENDS GAMING OF LOUISIANA-1, LLC, *et al.* | : : : |

**PLAINTIFFS' UNOPPOSED/*EX PARTE* MOTION TO EXTEND DEADLINE FOR MOTIONS TO COMPEL RESPONSES TO DISCOVERY REQUESTS**

**NOW INTO COURT**, through undersigned counsel, comes Global Gaming Solutions, LLC, Global Gaming Legends, LLC, Global Gaming Vicksburg, LLC, Global Gaming Bossier City, LLC, and GGL Holdings, LLC (collectively the "Global") who respectfully moves this Honorable Court for entry of an order extending the deadline for filing motions to compel regarding outstanding.  In support, Global represents:

1. The parties continue to discuss updated discovery responses and have determined that there will be additional document production over the next few weeks.  Not all discovery matters have been resolved and the parties are uncertain whether the additional production will address the discovery disputes.

2. As a result, all parties have agreed that an extension of the deadline for filing motions to compel discovery responses shall be extended to fourteen (14) days after written notification that the additional document production is complete.  The parties shall notify the

1

Court of such date certain, once notification that document production is complete is confirmed in writing.

**WHEREFORE**, Global respectfully requests that this Court grant its request to extend the deadline for filing motions to compel discovery responses regarding outstanding discovery to fourteen (14) days after written notification that the parties' additional document production is complete.

This the 10th day of October, 2014.

                 Respectfully submitted,

                 **GORDON, ARATA, MCCOLLAM,**
                 **DUPLANTIS & EAGAN, LLC**

                 By: **/s/ Louis M. Phillips**
                 Louis M. Phillips (La. Bar No. 10505)
                 One American Place
                 301 Main Street, Suite 1600
                 Baton Rouge, LA 70801-1916
                 Telephone: (225) 381-9643
                 E-mail: lphillips@gordonarata.com

                   - AND -

Patrick ("Rick") M. Shelby (La. Bar No. 31963)
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone:  (504) 582-1111
E-Mail:  pshelby@gordonarata.com

                   - AND -

**Dentons US LLP**
Gene R. Besen
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Email: gene.besen@dentons.com

*Attorneys for Global Gaming Entities*

## **CERTIFICATE OF SERVICE**

I certify that on October 10, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                            */s/ Louis M. Philips*  
                                            Louis M. Phillips (La. Bar No. 10505)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| GLOBAL GAMING LEGENDS, LLC, *et al.* | |
| | CIVIL ACTION NO. 5:13cv3123 |
| VERSUS | JUDGE HICKS |
| | MAGISTRATE JUDGE HORNSBY |
| LEGENDS GAMING OF LOUISIANA-1, LLC, *et al.* | |

## ORDER

Considering **PLAINTIFFS' UNOPPOSED/*EX PARTE* MOTION TO EXTEND DEADLINE FOR MOTIONS TO COMPEL RESPONSES TO DISCOVERY REQUESTS**;

**IT IS ORDERED** that Plaintiffs' Motion is GRANTED, and that the deadline for filing motions to compel discovery responses regarding outstanding discovery be and is hereby extended to fourteen (14) days after written notification that the parties' additional document production is complete.

**IT IS FURTHER ORDERED** that the parties shall notify the Court of the date certain for the deadline to file motions to compel once the parties' provide written notification that document production is complete.

Shreveport, Louisiana, this _____ day of October, 2014.