UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| GLOBAL GAMING LEGENDS, LLC, *et al.* | : : : : | CIVIL ACTION NO. 13-3123 |
| VERSUS | : : : | JUDGE HICKS |
| LEGENDS GAMING OF LOUISIANA-1, LLC, *et al.* | : : : : | MAGISTRATE JUDGE HORNSBY |

## ~~JOINT STIPULATION AND AGREED~~ ORDER EXTENDING SCHEDULING ORDER DEADLINES AND TRIAL DATE

Pursuant to Rules 16 and 29 of the Federal Rules of Civil Procedure, Plaintiffs Global Gaming Legends, LLC, Global Gaming Vicksburg, LLC, Global Gaming Bossier City, LLC and Global Gaming Solutions, LLC ("Global"); Defendants and Plaintiffs-in-Counter-Claim, Louisiana Riverboat Gaming Partnership, Legends Gaming of Louisiana-1, LLC, Legends Gaming of Louisiana-2, LLC, Legends Gaming, LLC, and Legends Gaming of Mississippi, LLC, ("Legends"); and Wilmington Trust Company, solely in its capacity as Administrative Agent under the Amended and Restated First Lien Credit Agreement, dated as of August 31, 2009, with the ad hoc group of lenders under the Amended and Restated First Lien Credit Agreement (the "First Lien Parties") who have intervened in the above-captioned adversary proceeding, through their respective counsel, hereby jointly submit this stipulation and proposed order extending the deadlines set forth in the Amended Scheduling Order entered on November 18, 2014 [R. Doc. 164] (the "Scheduling Order").

IT IS HEREBY STIPULATED AND AGREED that:

1. DISCOVERY — Fact depositions for use at trial shall be taken and all discovery shall be completed, including the filing of any motions to compel, no later than JUNE 5, 2015.

1

The parties agree to negotiate in good faith to extend these dates if necessary to accommodate any additional discovery ordered by the Court or agreed to by the parties, including, but not limited to, relief arising from motions to compel as contemplated in paragraph 2 below.

2. MOTIONS TO COMPEL — Motions to compel with respect to outstanding discovery shall be filed the later of seven (7) days after (i) expiration of the time to file objections to the Magistrate's order concerning Legends' Motion to Quash/Motion for a Protective Order on the 30(b)(6) deposition of Legends corporate representative regarding its document collection and preservation efforts (the "Legends Document Custodian Deposition") or, (ii) the District Court has ruled on any timely objections to such order in accordance with Fed.R.Civ.P 72(a) or as otherwise ordered by the Court ~~or agreed to by the parties~~.  MLH

3. EXPERT REPORTS — Written reports of experts, who may be witnesses, shall be obtained and exchanged by the parties no later than JUNE 5, 2015. The deadline to complete expert depositions is JULY 3, 2015.

4. REBUTTAL EXPERT REPORTS — Written reports of experts, who may be rebuttal witnesses, shall be obtained and exchanged by the parties no later than JUNE 19, 2015.

5. PRE-TRIAL MOTIONS — All pre-trial motions, excluding dispositive motions, shall be filed no later than AUGUST 3, 2015. Any responses or oppositions to pre-trial motions, excluding dispositive motions, shall be filed no later than AUGUST 21, 2015 and any replies in support of pre-trial motions, excluding dispositive motions, shall be filed no later than AUGUST 31, 2015. The deadline for filing dispositive motions is JUNE 16, 2015. The parties agree that any responses or oppositions to dispositive motions shall be filed no later than JUNE 30, 2015 and any replies in support of dispositive motions shall be filed no later than JULY 10, 2015.

6. BENCH TRIAL — Trial will commence on/or during the week beginning OCTOBER ~~19~~ 26, 2015 ~~(or as soon thereafter as the parties may be heard)~~ before the District Judge. [MLH]

7. WITNESSES AND EXHIBITS — Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than OCTOBER 6, 2015.

8. SETTLEMENTS — Counsel shall contact the Magistrate Judge's office as soon as possible for the purpose of scheduling a Settlement Conference to be held on or before, SEPTEMBER 1, 2015.

9. FINAL PRE-TRIAL CONFERENCE — A final Pre-Trial Conference shall be held on SEPTEMBER 16, 2015 @ 10:00 a.m. Trial counsel shall appear in person. A joint proposed Pre-Trial Order shall be submitted to chambers electronically and by-hand no later than SEPTEMBER 10, 2015. [MLH]

10. RESERVATION OF RIGHTS. Nothing herein shall be deemed an admission or concession on any matters pending before the Court concerning the timing and propriety of any requested discovery, including, without limitation, the Rule 30(b)(6) deposition referenced in paragraph ~~2~~ 3 hereof. [MLH]

DATED: February ~~14~~ 18, 2015

*ATTORNEYS FOR LEGENDS*

BY:   */s/* Barry W. Miller

William H. Patrick, III, La. Bar No. 10359
Barry W. Miller, La. Bar No. 09678
**Heller, Draper, Patrick & Horn, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone:  (504) 299-3300
bmiller@hellerdraper.com

Andrew K. Glenn (admitted *pro hac vice*)
Shalini Kisten Rajoo (admitted *pro hac vice*)
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
aglenn@kasowitz.com
srajoo@kasowitz.com


*ATTORNEYS FOR THE FIRST LIEN PARTIES*

BY:   */s/* Glenn L. Langley

Glenn L. Langley, La. Bar No. 8019
**Hargrove, Smelley, Strickland & Langley, A. P. L.C.**
401 Market St., Suite 600
American Tower, P. O. Box 59
Shreveport, LA  71161-0059
Telephone:  (318) 429-7200
glangley@hss-law.net

Robert J. Malionek (admitted *pro hac vice*)
Kira S. Dabby (admitted *pro hac vice*)
**Latham & Watkins LLP**
885 Third Avenue
New York, NY  10022
Telephone:  (212) 906-1200
Robert.Malionek@lw.com
Kira.Dabby@lw.com

*ATTORNEYS FOR GLOBAL LEGENDS, LLC, GLOBAL VICKSBURG, LLC, GLOBAL GAMING SOLUTIONS, LLC AND GLOBAL BOSSIER CITY, LLC*

BY:   */s/* Louis M. Phillips

Louis M. Phillips, La. Bar No. 10505
Patrick M. Shelby, La. Bar No. 31963
**Gordon, Arata, McCollam,**
**Duplantis & Eagan, LLC**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643

Gene R. Besen (admitted *pro hac vice*)
**Dentons US LLP**
2000 McKinney Ave, Suite 1900
Dallas, TX 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
Email: gene.besen@dentons.com

**IT IS SO ORDERED.**

Shreveport, Louisiana, this 18 day of February 2015.

BY: _____
United States Magistrate Judge
Mark L. Hornsby

5